IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PIERRE WALTER RAUSINI,<br><br>    Defendant.<br>_____ / | No. CR 95-0319 SI<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO ACCESS AND COPY SEALED RECORDS RELATED TO DEFENDANT RAUSINI** |

Defendant, through his appellate counsel, has filed a motion seeking an order permitting counsel to access and copy sealed documents related to defendant. The Court hereby GRANTS the motion. (Docket No. 1554). Counsel shall be permitted to access and copy sealed documents filed by defendant or his counsel, as well as documents filed by the government related to defendant Rausini. Counsel shall not be permitted access to any sealed documents relating to Rausini's co-defendants. Counsel shall work with the criminal docket clerk to identify which sealed documents may be copied pursuant to this order.

**IT IS SO ORDERED.**

Dated: February 15, 2007

*Susan Illston*
SUSAN ILLSTON
United States District Judge