IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PIERRE RAUSINI,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | No. C 05-3249 SI<br>Related Case CR 95-319 SI<br><br>**SCHEDULING ORDER** |

By letter filed February 14, 2007, petitioner informed the Court that he received his case files, and requested that he be given until June 8, 2007 to file an amended petition. The government has not filed any statement regarding a proposed briefing schedule.

Accordingly, the Court hereby sets the following briefing schedule in this case. Petitioner's amended petition, if any, shall be filed no later than **June 8, 2007**; respondent's answer shall be filed no later than **July 13, 2007**; and petitioner's traverse shall be filed no later than **August 10, 2007**.

**IT IS SO ORDERED.**

Dated: March 13, 2007

                                                                  SUSAN ILLSTON<br>                                                                  United States District Judge