IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PIERRE RAUSINI,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | No. C 05-3249 SI<br>Related Case CR 95-319 SI<br><br>**ORDER RE: PETITONER'S APPLICATION TO COMPEL TRIAL COUNSEL** |

    Petitioner has filed an "application to compel trial counsel's compliance with January 9, 2007 court order," as well as a letter regarding the same. (Docket Nos. 1566 & 1572). Petitioner claims that his trial counsel is in violation of the January 9, 2007 order because counsel allegedly did not copy the entire case file. Petitioner alleges that trial counsel removed "critical documents and defense investigation materials," and also that trial counsel did not provide indexes for the case files.

    Trial counsel has filed a letter dated April 11, 2007 responding to petitioner's allegations. Trial counsel states that to his knowledge, all of petitioner's case files, including indexes, were copied and sent to him. Trial counsel further states that no one from his office removed any materials from the case files.

    The Court is satisfied with trial counsel's representations regarding the copying of petitioner's case files, and finds that petitioner's allegations are unsubstantiated. Accordingly, the Court DENIES petitioner's application.

    **IT IS SO ORDERED.**

Dated: April 13, 2007

                                                                           SUSAN ILLSTON<br>
                                                                           United States District Judge