IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PIERRE RAUSINI,<br><br>        Petitioner,<br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent.<br>_____ / | No. C 05-3249 SI<br>Related Case CR 95-319 SI<br><br>**ORDER DENYING PETITIONER'S MOTIONS FOR INTERLOCUTORY APPEAL AND TO STAY THIS ACTION** |

        In 2000, petitioner Rausini pled guilty to two counts of solicitation to commit murder, 18 U.S.C. § 373. In 2005, petitioner filed this action under 28 U.S.C. § 2255 to vacate the judgment on the ground of ineffective assistance of counsel. The Court issued several orders in 2006 regarding the production of petitioner's trial case files to petitioner; trial counsel produced those records to petitioner earlier this year. Petitioner contends that those case files are incomplete. On April 13, 2007, the Court denied petitioner's "application to compel trial counsel" to comply with the earlier Court orders regarding production of the files; the Court found, based on trial counsel's representations, that trial counsel had complied with the Court's orders.

        Petitioner has filed a notice of appeal of the April 13, 2007 order, and has also filed a "motion for interlocutory appeal" and to stay the instant proceedings until the resolution of the appeal. (Docket No. 1589). The Court DENIES petitioner's motion, finding that the requirements of 28 U.S.C. § 1292(b) are not met. The Court also DENIES petitioner's request to modify the briefing schedule. **Petitioner's amended § 2255 motion must be filed by June 8, 2007**.

        **IT IS SO ORDERED.**

Dated: May 17, 2007

                                                                 *Susan Illston*
                                                                SUSAN ILLSTON
                                                                 United States District Judge