IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PIERRE RAUSINI,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | No. C 05-3249 SI<br>Related Case CR 95-319 SI<br><br>**ORDER GRANTING MOTION FOR PROTECTIVE ORDER** |

Petitioner has filed a motion for a protective order. Petitioner's 28 U.S.C. § 2255 petition raises a single claim of ineffective assistance of counsel; by raising such a claim, petitioner has waived the attorney-client privilege. *See Wharton v. Calederon*, 127 F.3d 1201, 1203 (9th Cir. 1997). Petitioner's motion for a protective order seeks to limit the waiver to these § 2255 proceedings. (Docket No. 1582). Respondent has not opposed the motion.

The Court has discretion to enter the requested protective order. *See McDowell v. Calderon,* 197 F.3d 1253, 1255-56 (9th Cir. 1999) (en banc); *see also Osband v. Woodford*, 290 F.3d 1036, 1042 (9th Cir. 2002). Having received no objection from respondent, the Court finds it appropriate to enter a protective order, and accordingly, the Court GRANTS petitioner's motion. The Court will enter a separate protective order.

**IT IS SO ORDERED.**

Dated: May 22, 2007

                                                            SUSAN ILLSTON<br>                                                            United States District Judge

**United States District Court**
For the Northern District of California