IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PIERRE RAUSINI,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | No. C 05-3249 SI<br>Related Case CR 95-319 SI<br><br>**ORDER DIRECTING GOVERNMENT TO RESPOND TO PETITIONER'S MOTIONS FOR DISCOVERY** |

    Petitioner has filed motions for discovery. (Docket Nos. 1585, & 1593). Petitioner asserts that the discovery he seeks is relevant to his ineffective assistance of counsel claim. The Court directs respondent to file a response to petitioner's motions no later than **June 4, 2007**. The Court suspends the briefing on petitioner's § 2255 motion until the resolution of the pending discovery motions.

**IT IS SO ORDERED.**

Dated: May 22, 2007

SUSAN ILLSTON
United States District Judge