IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PIERRE RAUSINI,<br><br>            Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>            Respondent. | No. C 05-3249 SI<br>Related Case CR 95-319 SI<br><br>**PROTECTIVE ORDER** |

All documents containing attorney-client privileged information disclosed to the Court and respondent in this 28 U.S.C. § 2255 action by either petitioner or his former trial counsel shall be deemed confidential. These documents may be used only by representatives from the Office of the United States Attorney for the Northern District of California, and may be used only for purposes of any proceedings incident to petitioner's 28 U.S.C. § 2255 motion pending before this Court. Disclosure of the contents of the documents and the documents themselves may not be made to any other persons or agencies, including any law enforcement or prosecutorial or agencies without an order from this Court. This order shall continue in effect after the conclusion of the instant § 2255 proceedings, and specifically shall apply in the event of a retrial of all or any portion of petitioner's criminal case.

**IT IS SO ORDERED.**

Dated: May 23, 2007

SUSAN ILLSTON
United States District Judge