IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PIERRE WALTER RAUSINI,<br><br>    Defendant.<br>_____/ | No. CR 95-319 SI<br><br>**ORDER GRANTING DEFENDANT ACCESS TO ORIGINAL COURT REPORTERS' NOTES OF JANUARY 27, 2000 AND JULY 7, 2006 PROCEEDINGS** |

Defendant, through his appellate counsel, has filed a motion seeking permission to access the court reporters' original tape recordings of the proceedings held on January 27, 2000 (Docket No. 850; entry of plea) and July 7, 2006 (Docket No. 1442; Rule 35 hearing). Defendant asserts that the transcripts of these two proceedings are inaccurate, and that he must be able to access the original recordings to prove that material statements have been omitted from those transcripts. The government has not filed an opposition to the motion.

The Court has been informed by the Court Reporters' Office that the original tape recordings for these proceedings no longer exist, but that the court reporters' original notes are available.[1] If defendant wishes to access the original notes, the Court hereby GRANTS him such access. (Docket No. 1536).

**IT IS SO ORDERED.**

Dated: February 24, 2007

SUSAN ILLSTON
United States District Judge

---

[1] The notes for the January 27, 2000 hearing are located off-site and must be ordered for a $40 fee, and the notes for the July 7, 2006 hearing are located at the Court.