IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 95-319 SI |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO CORRECT THE RECORD** |
| v. | |
| PIERRE WALTER RAUSINI, | |
| Defendant. | |

By order filed February 24, 2007,[1] the Court granted defendant access to the original court reporters' notes of the January 27, 2000 and July 7, 2006 proceedings in this case. Defendant, through his appellate counsel, has now filed a motion to correct the record pursuant to Federal Rule of Appellate Procedure 10(e). Following this Court's February 24, 2007 order, a defense expert conducted a forensic examination of the court reporters' notes and confirmed that the written transcript accurately reflects the reporter's notes, with one exception involving the typing of the name "Mr. Farchione." The notes do not confirm any of the transcript errors alleged by defendant. Defendant's motion states that "absent an audio recording, the transcript is an accurate reflection of the notes except as to the 'Mr. Farchione' error"; according to an affidavit by the defendant's expert, the January 27, 2000 transcript at lines 1 through 11, in which the transcript reads "Mr. as far as I don't know," should be corrected to "Mr. Farchione."

Defendant seeks to modify the record in accordance with the defense expert's affidavit. The

---

[1] The Court's order is file-stamped February 24, 2007, and a copy of the order was served on counsel. The order was inadvertently not entered into the Court's docket. The Clerk has now electronically filed the February 24, 2007 order, which appears at Docket No. 1598.

1  government has not opposed the motion. Based upon the evidence in the record, the Court finds it is
2  appropriate to modify the record as requested, and accordingly GRANTS defendant's motion. (Docket
3  No. 1591).

**IT IS SO ORDERED.**

Dated: May 29, 2007

SUSAN ILLSTON
United States District Judge