IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PIERRE RAUSINI,<br><br>   Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>   Respondent. | No. C 05-3249 SI<br>Related Case CR 95-319 SI<br>(To be filed in both cases)<br><br>**ORDER DIRECTING GOVERNMENT TO RESPOND TO PETITIONER'S MOTIONS FOR DISCOVERY** |

By order filed May 22, 2007, the Court directed respondent to file a response to petitioner's motions for discovery (Docket Nos. 1585 & 1593) no later than June 4, 2007.[1] That order also suspended the briefing on petitioner's § 2255 motion until the resolution of the pending discovery motions.

Respondent has not filed a response to the motions, and petitioner has continued to file motions related to discovery. *See* Docket Nos. 1602 & 1603. The Court hereby ORDERS respondent to file a response to all of the aforementioned discovery motions no later than **July 20, 2007**. The Clerk shall serve this order on David Hall, Esq., United States Attorney's Office.

**IT IS SO ORDERED.**

Dated: July 3, 2007

                  _/s/ Susan Illston_
                  SUSAN ILLSTON
                  United States District Judge

---

[1] The Court's order appears at Docket No. 1596 in CR 95-319. The Clerk shall also file the May 22, 2007 order in C 05-3249.