JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    Facsimile: (415) 436-6753

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    v. ) <br> ) <br> WALTER PIERRE RAUSINI, ) <br> ) <br>    Defendant. ) <br> ) <br> ———————————————— ) | No. CR-95-0319-MHP <br><br> STIPULATION AND [PROPOSED] ORDER ADJOURNING STATUS CONFERENCE |

    The United States of America, by its attorneys, Joseph P. Russoniello, United States Attorney, and W.S. Wilson Leung, Assistant United States Attorney, of counsel, respectfully submits this Stipulation and Proposed Order on behalf of the parties to request an adjournment of the December 15, 2008 status conference for the above-captioned matter. The parties hereby stipulate to the following:

    1.    The defendant, Walter Pierre Rausini, is presently serving a 40-year sentence after pleading guilty to two counts of Solicitation to Commit Murder, in violation of Title 18, United States Code, Section 373. The United States Court of Appeals for the Ninth Circuit (the "Ninth Circuit") has remanded his case for resentencing, and the Court has scheduled a status conference for 10:00 am on December 15, 2008.

1   2.   On or about November 21, 2008, after the Court scheduled the December 15, 2008 status conference, counsel for the Government received notice from the Ninth Circuit that he was required to appear before the Ninth Circuit in Pasadena on December 15, 2008 for oral argument in <u>United States</u> v. <u>Ringgold</u>, 06-10492.  The Government subsequently contacted Mark Vermeulen, Esq., counsel for the defendant, who consented to an adjournment of the December 15, 2008 conference, but indicated that his availability was limited in the following weeks.

3.   Accordingly, in light of the Ninth Circuit's unexpected scheduling of the <u>Ringgold</u> argument for December 15, 2008, the parties would respectfully request that the December 15, 2008 conference be adjourned until 10:00 am on January ~~13~~ 12, 2009, or at any subsequent date and time that the Court's schedule permits.

IT IS SO STIPULATED.

DATED:   December 4, 2008            /s/
                                     W.S. Wilson Leung
                                     Assistant United States Attorney

DATED:   December 4, 2008            /s/
                                     Mark Vermeulen, Esq.
                                     Attorney for Defendant Walter Pierre Rausini

For the foregoing reasons, IT IS ORDERED THAT the December 15, 2008 status conference is adjourned until 10:00 am on January ~~13~~ 12, 2009.

DATED:   December _5_, 2008          _____
                                     HON. MARILYN HALL PATEL
                                     United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

-2-