Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Attorney for Defendant
WALTER PIERRE RAUSINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>WALTER PIERRE RAUSINI,<br><br>  Defendant. | ) No. CR-95-0319 MHP<br>) No. C-05-3249 MHP<br>)<br>) **STIPULATION AND [Proposed] ORDER**<br>) **STAYING PROCEEDINGS RE: MOTION**<br>) **PURSUANT TO 28 U.S.C. § 2255**<br>)<br>)<br>) |

  Defendant Pierre Rausini, through counsel, and Plaintiff United States of America, through counsel, hereby stipulate as follows:

  1. Currently pending before the Court are two related proceedings involving Defendant Rausini.  The first proceedings (case no. CR-95-0319 MHP, referred to hereinafter as "the criminal proceedings") are before the Court upon the Ninth Circuit's reversal and remand following Defendant Rausini's direct appeal.  Pursuant to that remand, the criminal proceedings involve issues concerning re-sentencing under Rule 35(b).  The other proceedings (case no. C-05-3249 MHP, referred to hereinafter as "the 2255 proceedings") are before the Court following Defendant/Movant Rausini's earlier filing of his *pro se* motion pursuant to 28 U.S.C. § 2255.

  2. The Court has appointed counsel Mark Vermeulen under the Criminal Justice Act to represent Defendant/Movant Rausini in both the criminal proceedings and the 2255 proceedings.

  3. The Court has indicated that it prefers to proceed on the criminal proceedings, and to stay and hold in abeyance the 2255 proceedings (including any motions filed previously in connection with

the 2255 proceedings) pending the resolution of the criminal proceedings.  The parties concur and agree to this procedure.  The Court further has indicated that this will be without prejudice to Defendant/Movant Rausini's ability to raise any claims and issues in the 2255 proceedings at a later time, if necessary.  The parties concur and agree.

4. The Court earlier issued a protective order (Doc. 1597), which directed that all documents filed or used in the 2255 proceedings which contain attorney-client privileged information shall be deemed confidential.  The protective order further provided as follows:

> These documents may be used only by representatives from the Office of the United States Attorney for the Northern District of California, and may be used only for purposes of any proceedings incident to petitioner's 28 U.S.C. § 2555 motion pending before this Court.  Disclosure of the contents of the documents and the documents themselves may not be made to any other persons or agencies, including any law enforcement or prosecutorial [] agencies without an order from this Court.  This order shall continue in effect after the conclusion of the instant § 2255 proceedings, and specifically shall apply in the event of a retrial of all or any portion of petitioner's criminal case.

The protective order (Doc. 1597) shall remain in place with full force and effect.

5. In light of the foregoing, the parties respectfully request that the Court enter an order in accordance with this stipulation, as set forth below.

**IT IS SO STIPULATED.**

Dated:  December 24, 2008          Joseph P. Russoniello
                                    United States Attorney


                                    /S/
                                    Wilson Leung
                                    Assistant United States Attorney


Dated:  December 24, 2008           /S/
                                    Mark R. Vermeulen
                                    Attorney for Defendant
                                    WALTER PIERRE RAUSINI

**ORDER**

Based on the foregoing stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that in connection with the motion filed earlier by Defendant/Movant Rausini pursuant to 28 U.S.C. § 2255 in case no. C-05-3249 MHP (referred to hereinafter as "the 2255 proceedings"), the proceedings shall be stayed and held in abeyance pending resolution of the issues before the Court in case no. CR-95-0319 MHP (referred to hereinafter as "the criminal proceedings"), or otherwise pending the reopening of the 2255 proceedings via a request submitted by either party and as ordered by the Court.

**IT IS FURTHER ORDERED** that this stay and abeyance shall be without prejudice to Defendant/Movant Rausini's ability to raise any claims and issues in the 2255 proceedings at a later time.

**IT IS FURTHER ORDERED** that the protective order issued earlier by the Court (Doc. 1597) shall remain in place with full force and effect.

**IT IS SO ORDERED.**

Dated: __1/5/2009_____

