UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WALTER PIERRE RAUSINI,<br><br>    Defendant. | No. CR-95-0319 MHP<br><br>~~[Proposed]~~ **ORDER CONTINUING STATUS HEARING** |

Upon application of counsel for Defendant Pierre Rausini, with the agreement of the Government, and good cause appearing,

IT IS HEREBY ORDERED that the status hearing currently set for April 13, 2009 at 10:00 a.m. shall be continued to June 8, 2009 at 10:00 a.m. The parties shall submit a joint status report one week before the hearing.

IT IS SO ORDERED.

Dated: 4/8/2009

IT IS SO ORDERED

Judge Marilyn H. Patel