1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-6758
7     FAX: (415) 436-6753

8  Attorneys for the United States of America

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA        )    No. 95-CR-0319-MHP
14                                 )
                                   )
15       v.                        )
                                   )    STIPULATION AND [PROPOSED]
16                                 )    ORDER
   WALTER PIERRE RAUSINI,          )
17                                 )
                                   )
18       Defendant.                )
                                   )
19 _____ )

20
21     The parties respectfully jointly submit this stipulation and proposed order, requesting that
22 the status hearing currently set for January 25, 2010 be continued to February 22, 2010 at 11:00
23 a.m.  The reasons for the request are essentially (1) that the Government is still trying to obtain
24 the files previously requested by counsel for Rausini, and (2) since the last status conference,
25 counsel for the Government has had to devote considerable time to trial preparations for three
26 separate trials that were advanced in United States v. Cerna, et al., 08-CR-0730-WHA, with the
27 first of these trials now scheduled to begin on February 1, 2010.
28 //

1  The factual and procedural history of this case, along with a summary of the extensive
2  records relevant to the case, have been set forth in previous status reports.  *See, e.g., Defendant*
3  *Rausini's Status Report* (Doc. 1683) at 1-4; *Joint Status Report* (Doc. 1693).

4  Defense counsel previously provided the Government an initial set of requests for
5  records, via 3-page letter.  That initial set of requests is extensive, and they are relevant to the
6  issues before the Court.  Counsel for the Government has begun his efforts to gather the
7  requested records, but has been unsuccessful in those efforts thus far due to the age and volume
8  of the materials sought.

9  Based on the foregoing, the parties stipulate and request that the status hearing currently
10  set for January 25, 2010 be continued to February 22, 2010 at 11:00 a.m.  The parties also
11  stipulate that they will prepare and submit to the Court a status report in advance of the hearing.

SO STIPULATED:

DATED: January 19, 2010        /s/
                               MARK VERMEULEN, ESQ.
                               Attorney for Walter Pierre Rausini

DATED: January 19, 2010        /s/
                               W.S. WILSON LEUNG
                               Assistant United States Attorney

IT IS SO ORDERED.

DATED: January _21_, 2010      _____
                               HON. MARILYN H. PATEL
                               United States District Judge



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-