1
2
3
4
5
6
7

Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Attorney for Defendant
WALTER PIERRE RAUSINI

8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

12
13
14
15
16
17

| UNITED STATES OF AMERICA, | ) No. CR-95-0319 MHP |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [Proposed] ORDER CONTINUING HEARING** |
| WALTER PIERRE RAUSINI, | ) |
| Defendant. | ) |

18
19
20
21

        The parties jointly submit this stipulation and proposed order, requesting that the status hearing currently set for September 20, 2010 at 11:00 a.m. be continued to October 11, 2010 at 11:00 a.m.  This continuance is requested so that defense counsel will have an opportunity to review, in advance of the hearing, the materials that are to be produced by the Government on September 15, 2010.

22
23
24
25
26
27
28
29
30

        In the *Status Report* (Doc. 1717) submitted by the Government in advance of the August 9, 2010 status hearing, the Government informed the Court and defense counsel that the Government recently had found what it believes to be compact disks containing electronically scanned documents relating to this matter.  (Doc. 1717 at 1:23-26.)  At the August 9 hearing, the Government informed the Court and defense counsel that the Government would review those documents for materials relevant to these Rule 35(b) proceedings and would produce such relevant materials by September 15.  The Court so ordered. The Court also ordered that by September 15, the Government also submit a declaration (using bullet-point format, if desired), disclosing the efforts that Government counsel has undertaken to obtain and produce the items of discovery set forth in the Court's *Order for Production of Initial Discovery Re:*

- 1 -

*Rule 35(b) Proceedings*, filed February 18, 2010 (Doc. 1711), and that the Government's declaration is to track the items of discovery set forth in that order.

Defense counsel has proposed to the Government that the next status hearing, currently set for September 20, be continued to a later date to allow defense counsel sufficient time to meaningfully review the anticipated September 15 discovery and declaration prior to any hearing.  Government counsel has agreed.  The first Monday mutually available to the parties that is later than the current September 20 hearing date is October 11, 2010.

Based on the foregoing, the parties stipulate and request that the status hearing currently set for September 20, 2010 at 11:00 a.m. be continued to October 11, 2010 at 11:00 a.m.

**IT IS SO STIPULATED.**

Dated:  September 7, 2010                    Melinda Haag
                                            United States Attorney


                                            /S/_____
                                            W.S. Wilson Leung
                                            Assistant United States Attorney



Dated:  September 7, 2010       /S/_____
                                            Mark R. Vermeulen
                                            Attorney for Defendant
                                            PIERRE RAUSINI


**ORDER**

Based on the foregoing stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that the status hearing currently set for September 20, 2010 shall be continued to October 18, 2010 at 11:00 a.m. (October 11, 2010 is a holiday).

**IT IS SO ORDERED.**


Dated:  _____9/8/2010_____



Judge Marilyn H. Patel

- 2 -