Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Attorney for Defendant
WALTER PIERRE RAUSINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                Plaintiff,            v.   WALTER PIERRE RAUSINI,                Defendant. | ) No. CR-95-0319 MHP ) ) **STIPULATION AND [Proposed] ORDER CONTINUING SCHEDULED EVIDENTIARY HEARING** ) ) ) ) ) |

The parties jointly submit this stipulation and proposed order, requesting that the evidentiary hearing currently set for May 19, 2011 at 2:30 p.m. be continued to the week of May 24-27, 2011, at any of the following dates and times (which are available to counsel for the parties):

- May 24, 2011 (counsel are available from 10:00 a.m. – 3:00 p.m. on this date)
- May 25 through May 27, 2011 (counsel are available all day on these dates)

This continuance is requested because FBI S/A Bruce Burroughs, who is scheduled to testify at the evidentiary hearing, is unavailable on May 19, 2011.  He, along with counsel for the parties, is available the week of May 24-27, 2011.

/ / /

/ / /

/ / /

Based on the foregoing, the parties stipulate and request that the evidentiary hearing currently set for May 19, 2011, be continued to a date during the week of May 24-27, 2011, at any of the times specified above.

**IT IS SO STIPULATED.**

Dated: May 2, 2011                                     Melinda Haag
                                                       United States Attorney

                                                       /S/
                                                       Robert Rees
                                                       Assistant United States Attorney


Dated: May 2, 2011                                     /S/
                                                       Mark R. Vermeulen
                                                       Attorney for Defendant
                                                       WALTER PIERRE RAUSINI


**ORDER**

Based on the foregoing stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that the evidentiary hearing currently set for May 19, 2011 shall be continued to May  26 , 2011 at  10:00  a.m. / ~~p.m.~~

**IT IS SO ORDERED.**


Dated:     May 4, 2011

IT IS SO ORDERED
Judge Marilyn H. Patel

- 2 -