1  MELINDA HAAG (CASBN 132612)
   United States Attorney
2
   MIRANDA KANE (CASBN 150630)
3  Chief, Criminal Division

4  ROBERT DAVID REES (CASBN 229441)
   Assistant United States Attorney
5
   450 Golden Gate Avenue
6  San Francisco, California 94102
   Telephone: (415) 436-7210
7  Facsimile: (415) 436-7234
   Email: robert.rees@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,    )   No. CR 95 0319 MHP
                                )
14      Plaintiff,               )
                                )
                                )   **STIPULATION AND [PROPOSED]**
15      v.                       )   **ORDER RE: CONTINUANCE OF**
                                )   **EVIDENTIARY HEARING**
16 WALDER PIERRE RAUSINI,        )
                                )
17      Defendant.               )   Hearing:   May 26, 2011
                                )   Time:      10:00AM
18 _____ )   Court:     Hon. Marilyn Hall Patel

19      Due to an apparent miscommunication, the defendant was not able to be present

20 for this morning's scheduled evidentiary hearing.  Accordingly, the parties hereby

21 stipulate and agree to vacate the hearing currently scheduled for May 26, 2011 at

22 //

23 //

24 //

25 //

26 //

27 //

28 //

Stipulation Re: Continuance of Hearing
CR 95 0319 MHP

1  10:00AM and reset it to June 2, 2011 at 10:00AM.

2      IT IS SO STIPULATED.

3

4  DATED: May 26, 2011                                                  /s
5                                                  ROBERT DAVID REES
                                                Assistant United States Attorney

6

7  DATED: May 26, 2011                                                  /s
8                                                  MARK VERMEULEN, ESQ.
                                                Attorney for Defendant Rausini

9

10      IT IS SO ORDERED.

11

12  DATED:  5/26/2011

*IT IS SO ORDERED*
*[Signature]*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Re: Continuance of Hearing
CR 95 0319 MHP                              2