MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753
    wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CASE NO. CR-95-0319 MMC |
| v. | ) |
| WALTER PIERRE RAUSINI, | ) APPLICATION AND [PROPOSED] ORDER |
| Defendant. | ) |

The Government respectfully submits this Application and Proposed Order to request authorization to disclose the Presentence Investigation Report ("PSR") for the above-captioned defendant to Ethan A. Balogh, Esq., current counsel for the defendant. The Government has been advised by the Probation Office that, because Mr. Balogh was not the defendant's counsel at the time of his sentencing, the Court must authorize disclosure of the PSR to him.

//

DATED: December 30, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

By:    /s/
W.S. Wilson Leung
Assistant United States Attorney

    IT IS HEREBY ORDERED THAT the Presentence Investigation Report for Walter Pierre Rausini in CR-95-0319-MMC shall be disclosed to his counsel, Ethan A. Balogh, Esq.

DATED: January 2, 2014

HON. MAXINE M. CHESNEY
United States District Judge