MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753
    wilson.leung@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-95-0319 MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| v. | Court: Hon. Maxine M. Chesney |
| WALTER PIERRE RAUSINI, | Date: February 7, 2014 |
| | Time: 2:00 pm |
| Defendant. | |

The Government respectfully submits this Stipulation and Proposed Order to request that the February 7, 2014 sentencing in the above-captioned matter be continued until February 21, 2014 at 2 pm, due to a new scheduling conflict for Government counsel. The parties hereby stipulate and agree to the following:

1. Defendant Walter Pierre Rausini is scheduled for sentencing on February 7, 2014 at 2:00 pm.

2. Undersigned Government counsel was scheduled to be an instructor in October 2013 at the Department of Justice's National Advocacy Center in Columbia, South Carolina. However, due to the shutdown of the federal government last autumn, the course for which undersigned counsel was to teach (the "Course") was cancelled.

3. After the federal government re-opened, the National Advocacy Center resumed operations.

1     Since resumption of its operations, the National Advocacy Center has decided to re-offer the Course and to re-invite the originally-scheduled instructors to teach it. However, factoring in preparation and travel time, the rescheduled dates for the Course present a conflict with the February 7, 2014 sentencing date.

4. Accordingly, the Government respectfully requests that the February 7, 2014 sentencing in the above-captioned matter be continued for two weeks, until February 21, 2014, so that undersigned counsel can participate as an instructor at the National Advocacy Center. Ethan Balogh, Esq., counsel for the defendant, has consented to this request.

SO STIPULATED.

DATED: January 29, 2014                    MELINDA HAAG
United States Attorney

By:   /s/
W.S. Wilson Leung
Assistant United States Attorney

DATED: January 29, 2014                    /s/
Ethan A. Balogh, Esq.
Counsel for Walter Pierre Rausini

FOR THE REASONS SET FORTH ABOVE, the February 7, 2014 sentencing in the above-captioned matter is hereby continued until ~~February 21~~ March 7, 2014 at 2:00 pm.

DATED: January 29, 2014                    HON. MAXINE M. CHESNEY
United States District Judge

2