IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WALTER PIERRE RAUSINI,<br>Defendant. | Case No. 95-cr-00319-MMC-7<br><br>**ORDER DIRECTING GOVERNMENT TO RESPOND TO AND SETTING BRIEFING SCHEDULE ON DEFENDANT'S FIRST AMENDED MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE** |

Defendant Walter Pierre Rausini ("Rausini") has filed a "First Amended Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody."[1,2] Pursuant to Rule 5 of the Rules Governing Section 2255 Proceedings for the United States District Courts:

1. The government is hereby DIRECTED to file its opposition no later than May 5, 2020.

2. No later than July 6, 2020, defendant shall file any reply.

---

[1] Prior to the instant filing, Rausini filed, on May 24, 2001, a § 2255 motion, which motion was denied by order filed July 22, 2002, by the judge to whom the matter was then assigned. Thereafter, on August 10, 2005, Rausini filed another § 2255 motion, as to which, in light of a lengthy appeals process, no action was taken. The instant motion appears to be an effort to amend the August 2005 motion.

[2] Although Rausini's First Amended Motion was filed by the Clerk of Court on February 21, 2020, Rausini, who proceeds pro se, declares that he presented the motion to prison authorities for mailing on February 18, 2020. (See Certificate of Service, filed February 21, 2020.) Under the "mailbox rule," a filing by a pro se prisoner is deemed filed on the date such prisoner presents it to prison officials for mailing. See Houston v. Lack, 487 U.S. 266, 274-76 (1988); see also Rules Governing Section 2255 Proceedings for the United States District Courts, Rule 3(d). Consequently, the Court will treat the motion as having been filed on February 18, 2020.

3. As of July 6, 2020, the Court will take the matter under submission.

**IT IS SO ORDERED.**

Dated: March 6, 2020

_____
MAXINE M. CHESNEY
United States District Judge