IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　　v.<br>WALTER PIERRE RAUSINI,<br>　　　　　　Defendant. | Case No. 95-cr-00319-MMC-7<br><br>**ORDER EXTENDING DEFENDANT'S DEADLINE TO FILE OPPOSITION TO GOVERNMENT'S MOTION TO UNSEAL; EXTENDING BRIEFING SCHEDULE FOR DEFENDANT'S § 2255 MOTION** |

Before the Court is defendant Walter Pierre Rausini's ("Rausini") third request, filed August 31, 2020,[1] for a further extension of the deadline to file opposition to the government's Motion to Unseal, whereby Rausini seeks, in essence, an extension from September 8, 2020, to October 19, 2020, in light of coronavirus-related restrictions placed on his ability to conduct legal research and his understanding that "modified operations" are set to resume at FCI Coleman, the facility at which he is currently incarcerated, on October 4, 2020.  (See Doc. No. 2006.)

Good cause appearing, the motion is hereby GRANTED and defendant's deadline to file opposition to the government's motion is hereby EXTENDED to October 19, 2020.

In light of such extension, the government's deadline to file opposition to defendant's First Amended Motion to Vacate, Set Aside, or Correct his Sentence under 28 U.S.C. § 2255 is hereby EXTENDED to January 8, 2021, and defendant's deadline to file a reply is EXTENDED to March 8, 2021.  Unless the parties are otherwise advised,

---

[1] Although said request was filed by the Clerk of Court on September 8, 2020, under the "mailbox rule," see Houston v. Lack, 487 U.S. 266, 274-76 (1988), the Court will treat the motion as having been filed on August 31, 2020, the date it was mailed.

the Court will take the matter under submission as of March 8, 2021.

**IT IS SO ORDERED.**

Dated: September 14, 2020

MAXINE M. CHESNEY
United States District Judge