IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAUSINI,<br><br>　　　　Defendant. | Case No. 95-cr-00319-MMC-7<br><br>**ORDER AFFORDING DEFENDANT LEAVE TO SUPPLEMENT REQUEST FOR COPIES; EXTENDING DEADLINE FOR OPPOSITION TO MOTION TO UNSEAL; EXTENDING BRIEFING SCHEDULE ON DEFENDANT'S FIRST AMENDED § 2255 MOTION** |

　　　　Before the Court is defendant Walter Pierre Rausini's ("Rausini") request, filed October 13, 2020,[1] for a Court order directing the Clerk of Court to mail him a copy of Document Nos. 1957 and 1958, namely, his "First Amended Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255" ("First Amended § 2255 Motion"), the exhibits thereto, and his declaration in support thereof.

　　　　The instant request is based on Rausini's asserted inability, while currently incarcerated at FCI Coleman, to "access [his] legal materials," as well as his mother's inability to access the above-referenced requested documents, which were filed under seal, through the court's electronic filing system. (See Doc. No. 2008 at 1.) Specifically, as to his ability to access the requested documents, Rausini states that his "unit" at FCI Coleman is "under quarantine," the "Unit Counselor" who "arranged for [him] to store [his]

---

[1] Although the request was filed by the Clerk of Court on October 23, 2020, the Court will treat the motion as having been filed on October 13, 2020, the date he declares he presented it to prison officials for mailing. See Houston v. Lack, 487 U.S. 266, 274-76 (1988) (adopting "mailbox rule").

legal materials" has passed away, and the subsequent "Counselor" has retired.  (See id.)

On the record before the Court, however, and given the considerable length of the requested documents and amount of time needed to fulfill the instant request and process Rausini's payment for costs associated therewith,[2] the Court finds Rausini fails to make a sufficient showing for the relief sought.  In particular, Rausini fails to explain where his legal materials are currently being stored and why, despite the personnel changes, another staff member at FCI Coleman cannot access those materials on his behalf and provide him with the requested documents.  Nor does Rausini explain why Martin Sabelli, an attorney who, on Rausini's behalf, previously corresponded with the government regarding Rausini's First Amended § 2255 Motion (see Order, filed May 29, 2020, at 1:24-2:2), is unable to provide him with a copy of that document.  Rather than deny the instant request, however, the Court will afford Rausini leave to supplement his showing in support thereof.

In addition, the Court notes that, by order filed September 14, 2020, Rausini was granted a further extension of his deadline to file opposition to the government's "Motion to Unseal Defendant's First Amended Motion Under 28 U.S.C. § 2255 with Respect to Defendant's Prior Counsel" ("Motion to Unseal"), specifically, an extension to October 19, 2020.  Although, to date, no such opposition has been filed, the Court will afford Rausini an additional extension, in light of correspondence sent to the Clerk of Court by Rausini's mother, setting forth what appears to be her understanding that a request for an additional extension had been mailed by Rausini and inquiring whether it had been received.

Accordingly, for the reasons stated above:

1. Rausini is hereby AFFORDED leave to file, no later than November 30, 2020, a Supplement in support of the instant request.

---

[2] In support of his request, Rausini states he "will pay the costs associated with making the copies and having them mailed to [him]."  (See Doc. No. 2008 at 1.)

    2.      The deadline for Rausini's opposition to the government's Motion to Unseal is hereby EXTENDED to November 30, 2020.  Unless the parties are otherwise advised, the Court will take the Motion to Unseal under submission as of November 30, 2020.

    3.      In light of the foregoing, the government's deadline to file opposition to Rausini's First Amended § 2255 Motion is hereby EXTENDED to February 12, 2021, and Rausini's deadline to file a reply is EXTENDED to April 12, 2021.  Unless the parties are otherwise advised, the Court will take the First Amended § 2255 Motion under submission as of April 12, 2021.

**IT IS SO ORDERED.**

Dated: November 3, 2020

_____
MAXINE M. CHESNEY
United States District Judge