IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WALTER PIERRE RAUSINI,<br><br>    Defendant. | Case No. 95-cr-00319-MMC-7<br><br>**ORDER DENYING REQUEST FOR EXTENSION OF TIME** |

Before the Court is defendant Walter Pierre Rausini's ("Rausini") request, dated November 3, 2020, by which he seeks a further extension, to January 22, 2021, of the deadline to file opposition to the government's Motion to Unseal.[1]

The basis for Rausini's instant request, as with his last four requests, is his asserted inability to conduct legal research during a prison lockdown instituted in response to the COVID-19 pandemic. At present, however, there is no indication those circumstances will change by January 22, 2021, or, for that matter, by any date that is reasonably predictable at this time.

At some point, however, the Motion to Unseal must be decided, and, given that it has been pending since May 20, 2020, i.e., for close to six months, without any response, Rausini's request for an extension beyond the last extension granted is hereby DENIED.

**IT IS SO ORDERED.**

Dated: November 10, 2020

                                              MAXINE M. CHESNEY<br>
                                              United States District Judge

---

[1] By order filed November 3, 2020, the Court granted Rausini an extension to November 30, 2020. Rausini is not an e-filer, and the Court assumes he would not have received that order by mail prior to the date on which he sent his instant request.